OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711
FILE COPY

COA No. 12-14-00356-CR
PD-0147-15

6/10/2015
MCCREARY, JODY FORD    Tr. Ct. No. 007-1110-10

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.
Abel Acosta, Clerk



FILED IN COURT OF APPEALS
12th Court of Appeals District
JUN 11 2015
TYLER, TEXAS
CATHY S. LUSK, CLERK

12TH COURT OF APPEALS  CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX  75701
* DELIVERED VIA E-MAIL *